# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130766

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

IRA WAYNE SEWELL,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130766
COA: 263709
Allegan CC: 87-007900-FC

_____/

      On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724